Dear Clerk.

Attached are:

1) Civil Cover Sheet.
2) 3 Notices of Suit + Request for that will be sent to Defendants (Waiver).

Please file these

Regards,

John Alagnes

August 8, 2017

Case No. 17-1004 LPS



Truth in Options
Stock Options Consultants

John Olagues
413 Sauve Rd.
River Ridge, LA 70123
U.S.A.

FILED
AUG 11 2017
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

NEW ORLEANS LA 700
06 AUG 2017 PM 4 L

Clerk of Court
U.S. Dist. Court
844 North King St. Unit 18
Wilmington, DE
19801-3570

X-RAY

19801-357099