**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| JOHN A. OLAGUES, ) <br> ) <br> Plaintiff, ) <br> ) C.A. No. 17-1004-LPS <br> v. ) <br> ) <br> JOHN REMONDI; MARK HELEEN, ) <br> NAVIENT CORP., ) <br> ) <br> Defendants. ) <br> ) | |

**UNOPPOSED MOTION EXTENDING TIME TO ANSWER, MOVE, OR RESPOND**

Plaintiff filed his complaint on July 24, 2017. After initially sending incomplete waiver requests, Plaintiff sent Defendants waivers of service on August 30, 2017. As a result, Defendants' deadline to answer, move or otherwise respond to Plaintiff's complaint is Monday October 30, 2017.

The parties have been discussing potential resolution of the matter, and Defendants request an extension of time to respond to Plaintiff's complaint so that the parties can continue these discussions. Plaintiff does not oppose this request.

WHEREFORE, Defendants respectfully move for a 30-day extension of time to file and serve an answer or motion, through and including November 29, 2017.

Dated: October 24, 2017

*Of Counsel:*
KIRKLAND & ELLIS LLP
Andrew B. Clubok
601 Lexington Avenue
New York, New York 10022-4611
(212) 446-4836
*andrew.clubok@kirkland.com*

YOUNG CONAWAY STARGATT &
TAYLOR, LLP

*/s/ Pilar G. Kraman*
Martin A. Lessner (No. 3109)
Richard J. Thomas (No. 5073)
Pilar G. Kraman (No. 5199)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600

Patrick Brown  
655 Fifteenth Street,  N.W  
Washington, D.C. 20005-5793  
(202) 879-5187  
*patrick.brown@kirkland.com*

*mlessner@ycst.com*  
*rjthomas@ycst.com*  
*pkraman@ycst.com*

*Attorneys for Defendants*

SO ORDERED this ___ day of October, 2017.

_____  
The Hon. Leonard P. Stark

2

**CERTIFICATE OF SERVICE**

I, Pilar G. Kraman, hereby certify that on October 24, 2017, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, and caused a true and correct copy of the foregoing document to be served on the following in the manner indicated:

**BY E-MAIL AND U.S. MAIL**

John A. Olagues
413 Sauve Road
River Ridge, LA 70123
*olagues@gmail.com*

*Plaintiff, Pro Se*

        YOUNG CONAWAY STARGATT
         & TAYLOR, LLP

        */s/ Pilar G. Kraman*
        Martin S. Lessner (No. 3109)
        Richard J. Thomas (No. 5073)
        Pilar G. Kraman (No. 5199)
        Rodney Square
        1000 North King Street
        Wilmington, Delaware 19801
        (302) 571-6600
        *mlessner@ycst.com*
        *rjthomas@ycst.com*
        *pkraman@ycst.com*

        *Attorneys for Defendants*