**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| JOHN A. OLAGUES, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JOHN REMONDI; MARK HELEEN, ) <br> NAVIENT CORP., ) <br> ) <br> Defendants. ) <br> ) | C.A. No. 17-1004-LPS |

## UNOPPOSED MOTION FOR EXTENSION

In light of the upcoming holidays, Defendants hereby request the Court grant them an extension to January 17, 2018 to file their reply brief in support of their Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6). Plaintiff does not oppose this request.

Dated: December 13, 2017

*Of Counsel:*
KIRKLAND & ELLIS LLP
Andrew B. Clubok
601 Lexington Avenue
New York, New York 10022-4611
(212) 446-4836
*andrew.clubok@kirkland.com*

Patrick Brown
655 Fifteenth Street, N.W
Washington, D.C. 20005-5793
(202) 879-5187
*patrick.brown@kirkland.com*

YOUNG CONAWAY STARGATT &
TAYLOR, LLP

*/s/ Pilar G. Kraman*
Martin A. Lessner (No. 3109)
Richard J. Thomas (No. 5073)
Pilar G. Kraman (No. 5199)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
*mlessner@ycst.com*
*rjthomas@ycst.com*
*pkraman@ycst.com*

*Attorneys for Defendants*

SO ORDERED this ___ day of December, 2017.

_____

The Hon. Leonard P. Stark

## CERTIFICATE OF SERVICE

I, Pilar G. Kraman, hereby certify that on December 13, 2017, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, and caused a true and correct copy of the foregoing document to be served on the following in the manner indicated:

**BY E-MAIL AND U.S. MAIL**

John A. Olagues
413 Sauve Road
River Ridge, LA 70123
*olagues@gmail.com*

*Plaintiff, Pro Se*

        YOUNG CONAWAY STARGATT
         & TAYLOR, LLP

        */s/ Pilar G. Kraman*
        Martin S. Lessner (No. 3109)
        Richard J. Thomas (No. 5073)
        Pilar G. Kraman (No. 5199)
        Rodney Square
        1000 North King Street
        Wilmington, Delaware  19801
        (302) 571-6600
        *mlessner@ycst.com*
        *rjthomas@ycst.com*
        *pkraman@ycst.com*

        *Attorneys for Defendants*