# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN A. OLAGUES, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JOHN REMONDI; MARK HELEEN, ) <br> NAVIENT CORP., ) <br> ) <br> Defendants. ) | C.A. No. 17-1004-LPS |

## DEFENDANTS' REQUEST FOR ORAL ARGUMENT

Pursuant to D. Del LR 7.1.4, Defendants John Remondi, Mark Heleen and Navient Corp., (collectively, the "Defendants") respectfully state that briefing on Defendants' Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6), filed November 29, 2017 (D.I. 7), has been completed with the filing of Defendants' Reply Brief, filed on January 17, 2008 (D.I. 13). Defendants further respectfully request oral argument on the Motion, unless the Court is content to rest on the papers.

Dated: January 24, 2018

Of Counsel:

LATHAM & WATKINS LLP
Andrew B. Clubok
Ryan C. Grover
555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004-1304
(202) 637-2200
*andrew.clubok@lw.com*
*ryan.grover@lw.com*

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Pilar G. Kraman*
Martin A. Lessner (No. 3109)
Richard J. Thomas (No. 5073)
Pilar G. Kraman (No. 5199)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
*mlessner@ycst.com*
*rjthomas@ycst.com*
*pkraman@ycst.com*

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I, Pilar G. Kraman, hereby certify that on January 24, 2018, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, and caused a true and correct copy of the foregoing document to be served on the following in the manner indicated:

**BY E-MAIL AND U.S. MAIL**

John A. Olagues
413 Sauve Road
River Ridge, LA 70123
*olagues@gmail.com*

*Plaintiff, Pro Se*

                      YOUNG CONAWAY STARGATT
                        & TAYLOR, LLP

                      */s/ Pilar G. Kraman*
                      Martin S. Lessner (No. 3109)
                      Richard J. Thomas (No. 5073)
                      Pilar G. Kraman (No. 5199)
                      Rodney Square
                      1000 North King Street
                      Wilmington, Delaware 19801
                      (302) 571-6600
                      *mlessner@ycst.com*
                      *rjthomas@ycst.com*
                      *pkraman@ycst.com*

                      *Attorneys for Defendants*