

WILMINGTON
RODNEY SQUARE

NEW YORK
ROCKEFELLER CENTER

**Pilar G. Kraman**
P 302.576.3586
F 302.576.3742
pkraman@ycst.com

May 7, 2018

**BY CM/ECF AND HAND DELIVERY**

The Honorable Leonard P. Stark
United States District Court
844 N. King Street
Wilmington, DE 19801-3555

Re:   *Olagues v. Remondi, et al.*, No. 17-1004-LPS

Dear Chief Judge Stark:

We write on behalf of defendants in the above-referenced case regarding the Court's March 28, 2018 Memorandum Order. D.I. 16. The Court ordered plaintiff to retain counsel by April 30, 2018, or the case would be dismissed without prejudice. D.I. 16. To date, no counsel for plaintiff has made an appearance. Accordingly, defendants respectfully request the Court dismiss the above-referenced action, per the Court's March 28, 2018 Order, without prejudice.

Counsel are available at the Court's convenience should Your Honor have any questions.

Respectfully submitted,

/s/ Pilar G. Kraman

Pilar G. Kraman (No. 5199)

cc: Plaintiff (by e-mail and first class mail)
    Clerk of the Court (By Hand)